AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

7 WEDGEFIELD DRIVE, APARTMENT B, BOILING SPRINGS, SOUTH CAROLINA, 29316

Case No. 7:24 cr 1021

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A to the Affidavit submitted in support of this application by TFO Joshua Gioia.

located in the _____ District of ____South Carolina____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B to the Affidavit submitted in support of this application submitted by TFO Joshua Gioia.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a); 846, 843(b) | PWID and Distribution of a Controlled Substance; Conspiracy to do the Same; Using a Communication Facility to do the Same |

The application is based on these facts:
See the attached affidavit in support of the search warrant submitted by TFO Joshua Gioia

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Joshua Gioia, Task Force Officer, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/27/24

*Judge's signature*

City and state: Greenville, South Carolina

Kevin F. McDonald, United States Magistrate Judge
*Printed name and title*